UNITED STATES DISTRICT COURT    SUPPRESSED
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
MAY 23 2019
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
v.                                 ) No.
                                   )
CORELL RICHARDSON,                 )   4:19CR402 RWS/SPM
                                   )
            Defendant.             )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning on or about January 30, 2019, and through May 15, 2019, in St. Louis County, within the Eastern District of Missouri,

**CORELL RICHARDSON,**

the Defendant herein, did knowingly possess one or more machineguns, that is, one or more conversion devises designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JASON S. DUNKEL, #65886MO
Assistant United States Attorney