UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAY 23 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CORELL RICHARDSON,

Defendant.

**4:19CR402 RWS/SPM**

## <u>REQUEST FOR PRE-TRIAL DETENTION AND HEARING</u>

Comes now the United States of America and moves the Court to order defendant

detained pending trial, and further requests that a detention hearing be held three (3) days from

the date of defendant's initial appearance before the United States Magistrate pursuant to Title

18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.      Defendant is charged with being in possession of a machinegun, in violation of

Title 18, United States Code, Section 922(o).

2.      The nature of this offense—possession of a machinegun—carries an increased

level of dangerousness than offenses involving semiautomatic firearms.

3.      Pursuant to Title 18, United States Code, Section 3142(g), the weight of the

evidence against the defendant, the defendant's history and characteristics, and the nature and

seriousness of the danger to any person or the community that would be posed by the defendant's

release warrant the defendant's detention pending trial.

WHEREFORE, the Government requests this Court to order defendant detained prior to

trial, and further to order a detention hearing three (3) days from the date of defendant's initial

appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/Jason S. Dunkel*
JASON S. DUNKEL, #65886MO
Assistant United States Attorney